IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN SALINAS,<br><br>Defendant. | Case No.: 19-CR-00009; 22-CR-0205 HSG<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

For good cause shown, and upon the agreement of the parties and the probation office, the sentencing hearing scheduled for November 16, 2022, is vacated and reset to January 25, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   11/4/2022

THE HON. HAYWOOD S. GILLIAM, JR.
United States District Judge